UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


CESAR MORENO,                          )
                                       )
            Petitioner,                )
                                       )        CIVIL ACTION NO.
VS.                                    )
                                       )        3:07-CV-0883-G
UNITED STATES OF AMERICA,              )
                                       )              **ECF**
            Defendant.                 )


## ORDER

After conducting a review of the pleadings, files and records in this case, and

the findings and recommendation of the United States Magistrate Judge in

accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and

recommendation of the Magistrate Judge are correct, and they are hereby

**ACCEPTED** as the findings of the court.

        **SO ORDERED**.


September 17, 2007.


                                    _____
                                    A. JOE FISH
                                    CHIEF JUDGE